United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARK LEAL, *et al*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-cv-01646** |
| | § | |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| **Defendant.** | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court are Cross-Motions for Summary Judgment filed by Plaintiff Mark Leal (ECF No. 11) and Defendant Commissioner of the Social Security Administration (ECF No. 21). On August 4, 2026, United States Magistrate Judge Christina A. Bryan issued a Report and Recommendation ("R & R") in this case, recommending that Plaintiff's Motion be denied and the Defendant's Motion be granted. *See* ECF No. 23. Plaintiff filed his objections to the R & R on August 18, 2026. ECF No. 24.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which the United States objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R. The Court therefore **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 11) and **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 21).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 21st day of September, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE